IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JASON RAY CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-0073-O-BP |
| | § | |
| THE CHARLES SCHWAB | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motions (ECF Nos. 12, 24, 27, 30) are **GRANTED in part**, Plaintiff's claims against Defendant The Charles Schwab Corporation ("CSC") are **STAYED** pending resolution of the arbitration proceedings, and Plaintiff's remaining claims against the other defendants are **DISMISSED without prejudice**. Plaintiff and CSC **SHALL** file a joint status report within thirty days after conclusion of the arbitration proceedings addressing whether the case should be dismissed at that time. The Clerk of Court shall administratively close this case until further order of the Court.

**SO ORDERED** on this **12th** day of **July, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE